# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2020

160843-4(73)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS/UNEMPLOYMENT
INSURANCE AGENCY,
　　　　Appellee,

v

FRANK LUCENTE,
　　　　Claimant-Appellant,
and

DART PROPERTIES II, LLC,
　　　　Employer-Appellee.
_____

SC: 160843
COA: 342080
Macomb CC: 2017-000125-AE

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
　　　　Appellee,

v

MICHAEL HERZOG,
　　　　Claimant-Appellant,
and

CUSTOM FORM, INC.,
　　　　Employer-Appellee.
_____/

SC: 160844
COA: 345074
Wayne CC: 18-003162-AE

On order of the Chief Justice, the motion of the Sugar Law Center for Economic and Social Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 10, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2020



Clerk